IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TEXAS,<br><br>    *Plaintiff,*<br><br>v.<br><br>TRAVIS COUNTY, TEXAS, et al.,<br><br>    *Defendants.* | Civ. Action No. 1:17-cv-425<br><br>**NOTICE OF APPEARANCE** |

Texas, by and through its Attorney General, submits this Notice of Appearance for David J. Hacker as co-counsel for Plaintiff. Mr. Hacker may be contacted at the following address:

    David J. Hacker
    Senior Counsel
    Texas Bar No. 24103323
    Office of Texas Attorney General
    P.O. Box 12548
    Austin, TX 78711
    512-936-2330
    512-936-5455
    david.hacker@oag.texas.gov

Respectfully submitted this the 16th day of May, 2017.

                KEN PAXTON
                Attorney General of Texas

                JEFFREY C. MATEER
                First Assistant Attorney General

                BRANTLEY D. STARR
                Deputy First Assistant Attorney General

                MICHAEL C. TOTH
                Special Counsel to the First Assistant
                Attorney General

                ANDREW D. LEONIE
                Associate Deputy Attorney General

AUSTIN R. NIMOCKS
Associate Deputy Attorney General

DARREN MCCARTY
Special Counsel for Civil Litigation

*/s/ David J. Hacker*
DAVID J. HACKER
Senior Counsel
Texas Bar No. 24103323
david.hacker@oag.texas.gov

JOEL STONEDALE
Counsel

Office of Special Litigation
ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Mail Code 009
Austin, Texas 78711-2548
(512) 936-1414
(512) 936-0545 Fax

*ATTORNEYS FOR TEXAS*

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 16th day of March, 2017, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, and that I will serve a copy of this document with the summons and complaint.

                                          */s/ David J. Hacker*
                                          DAVID J. HACKER