# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| TEXAS; and KEN PAXTON, in his official capacity as Texas Attorney General,<br><br>    *Plaintiffs*,<br><br>v.<br><br>TRAVIS COUNTY, TEXAS; SALLY HERNANDEZ, in her official capacity as Sheriff of Travis County; CITY OF AUSTIN, TEXAS; ORA HOUSTON, DELIA GARZA, SABINO RENTERIA, GREGORIO CASAR, ANN KITCHEN, JIMMY FLANNIGAN, LESLIE POOL, ELLEN TROXCLAIR, KATHIE TOVO, and ALISON ALTER, all in their official capacities as City Council Members of the City of Austin; STEVE ADLER, in his official capacity as Mayor of the City of Austin; ELAINE HART, in her official capacity as Interim City Manager of the City of Austin; EL PASO COUNTY, TEXAS; RICHARD WILES, in his official capacity as Sheriff of El Paso County; CITY OF EL CENIZO, TEXAS; RAUL L. REYES, in his official capacity as Mayor of the City El Cenizo; TOM SCHMERBER, in his official capacity as Sheriff of Maverick County; MARIO A. HERNANDEZ, in his official capacity as Constable Pct. 3-1 of Maverick County; the TEXAS ORGANIZING PROJECT EDUCATION FUND; the MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND; and the LEAGUE OF UNITED LATIN AMERICAN CITIZENS,<br><br>    *Defendants*. | Civ. Action No. 1:17-cv-425-SS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiffs Texas and Ken Paxton, in his official capacity as Attorney General of the State of Texas, hereby give notice that their claims against Defendant Mexican American Legal Defense and Educational Fund (MALDEF) are voluntary dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 16th day of June, 2017.

    KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY D. STARR
Deputy First Assistant Attorney General

MICHAEL C. TOTH
Special Counsel to the First Assistant Attorney General

ANDREW D. LEONIE
Associate Deputy Attorney General

AUSTIN R. NIMOCKS
Associate Deputy Attorney General

*/s/Darren McCarty*
DARREN MCCARTY
Special Counsel for Civil Litigation
Texas Bar No. 24007631
darren.mccarty@oag.texas.gov

DAVID J. HACKER
Senior Counsel

JOEL STONEDALE
Counsel

Office of Special Litigation
ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Mail Code 009
Austin, Texas 78711-2548
(512) 936-1414
(512) 936-0545 Fax

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I certify that on the 16th day of June, 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

MICHAEL SIEGEL
State Bar No. 24093148
CHRISTOPHER COPPOLA
State Bar No. 24036401
Assistant City Attorneys
City of Austin Law Department
301 W. 2nd Street, Austin, TX 78701
P.O. Box 1536
Telephone: (512) 974-2888
Facsimile: (512) 974-1311
michael.siegel@austintexas.gov
christopher.coppola@austintexas.gov

*ATTORNEYS FOR CITY OF AUSTIN*

SHERINE E. THOMAS
State Bar No. 00794734
SHARON K. TALLEY
State Bar No. 19627575
ANTHONY J. NELSON
State Bar No. 14885800
LAURIE EISERLOH
State Bar No. 06506270
TIM LABADIE
State Bar No. 11784853
Assistant County Attorneys
Travis County Attorney
P.O. Box 1748
Austin, TX 78767
Telephone: (512) 854-9415
Facsimile: (512) 854-4808
sherine.thomas@traviscountytx.gov
sharon.talley@traviscountytx.gov
tony.nelson@traviscountytx.gov
laurie.eiserloh@traviscountytx.gov
tim.labadie@traviscountytx.gov

*ATTORNEYS FOR TRAVIS COUNTY*

NINA PERALES
Texas Bar No. 24005046
MARISA BONO
Texas Bar No. 24052874
CELINA MORENO
Texas Bar No. 24074754
MALDEF [Mexican American Legal Defense & Educational Fund]
110 Broadway Street, #300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382
nperales@maldef.org
mbono@maldef.org
cmoreno@maldef.org

*ATTORNEYS FOR MALDEF*

3

      And I hereby certify that on the 16th day of June, 2017, that a true and correct copy of the foregoing has been sent via United States regular mail to the following:

JOSE SANCHEZ
California Bar No. 161362
Sidley Austin, LLP
555 West Fifth Street
Los Angeles, California 90013
Telephone: (213) 896-6103

YOLANDA C. GARCIA
Texas Bar No. 24012457
Sidley Austin, LLP
2021 McKinney Avenue, Ste. 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
ygarcia@sidley.com
jose.sanchez@sidley.com

                                          */s/Darren McCarty*
                                          DARREN MCCARTY