UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Texas, Ken Paxton § § | |
| vs. § § | |
| Travis County, Texas, Sally Hernandez, City § Of Austin, Texas, Ora Houston, Delia Garza, § Sabino Renteria, Gregorio Casar, Ann § Kitchen, Jimmy Flannigan, Leslie Pool, Ellen § Troxclair, Kathie Tovo, Alison Alter, Steve § Adler, Elaine Hart, Mexican American Legal § Defense and Education Fund, El Paso County, § Texas, Richard Wiles, City of El Cenizo, § Texas, Raul L. Reyes, Maverick County, § Texas, Tom Schmerber § | CIVIL NO: AU:17-CV-00425-SS |

## ORDER SETTING ALL PENDING MATTERS

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **ALL PENDING MATTERS** in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, June 29, 2017 at 10:00 AM**.

IT IS SO ORDERED this 16th day of June, 2017.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE