<u>**CAUSE NO. 1:17-CV-425-SS**</u>

| | | |
|---|---|---|
| TEXAS, ET AL, | § | |
| **PLAINTIFF** | § | |
| | § | IN THE US DISTRICT COURT, WESTERN |
| VS. | § | DISTRICT OF TEXAS |
| | § | |
| TRAVIS COUNTY, TEXAS, ET AL, | § | |
| **DEFENDANT** | § | |
| | § | |

**RETURN OF SERVICE**

ON Friday, June 9, 2017 AT 01:57 PM
SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT, EXHIBIT 1 for service on LEAGUE OF UNITED LATIN AMERICAN CITIZENS NATIONAL OFFICE came to hand.

**ON Tuesday, June 13, 2017 AT 03:20 PM, I, MAURICE LIGGINS, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** LEAGUE OF UNITED LATIN AMERICAN CITIZENS NATIONAL OFFICE, C/O MARITZZA VAZQUEZ, ASSISTANT CEO, AUTHORIZED TO ACCEPT SERVICE, 1133 19TH STREET, NW, SUITE 1000, WASHINGTON, DISTRICT OF COLUMBIA COUNTY, DC 20036.

My name is MAURICE LIGGINS. My address is 4626 WISCONSIN AVENUE NW #300, WASHINGTON, DC 20016, USA. My date of birth is November 16, 1947. I am over the age of 18, and have no interest in this case. I am authorized to serve process within the state of DC. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case, and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in DISTRICT OF COLUMBIA County, DC, on Tuesday, June 13, 2017.


/S/ MAURICE LIGGINS


CX1251781936

DocID: P245556_3