# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Texas, *et al.* ) | CIVIL ACTION NO: |
| ) | 1:17-CV-00425-SS |
| v. ) | |
| ) | |
| Travis County, Texas, *et al.* ) | |
| ) | |

## MOTION TO DISMISS BY DEFENDANTS CITY OF EL CENIZO, TEXAS, RAUL L. REYES, MAVERICK COUNTY, TOM SCHMERBER, AND MARIO A. HERNANDEZ

Defendants City of El Cenizo, Texas, Raul L. Reyes, Maverick County, Tom Schmerber, and Mario A. Hernandez ("the *El Cenizo* parties") move to dismiss Texas's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1).

In support of this motion, Defendants rely on the attached Memorandum.

For the reasons stated in this Motion and the accompanying Memorandum, Defendants respectfully request the Court grant this Motion and dismiss this action.

Dated:  June 28, 2017                                        Respectfully Submitted,

/s/ *Luis Roberto Vera, Jr.*
Luis Roberto Vera, Jr.
Lee Gelernt*                                                       LULAC National General Counsel
Omar C. Jadwat*                                                SBN:  20546740
Andre I. Segura*
Spencer E. Amdur*                                            THE LAW OFFICE OF LUIS ROBERTO VERA, JR.
AMERICAN CIVIL LIBERTIES UNION                & ASSOCIATES
FOUNDATION                                                      1325 Riverview Towers
125 Broad Street, 18th Floor                              111 Soledad
New York, NY10004                                          San Antonio, TX 78205-2260
Phone: (212) 549-2600                                      Phone: (210) 225-3300
Fax: (212) 549-2654                                           Fax: (210) 225-2060
lgelernt@aclu.org                                               lrvlaw@sbcglobal.net
ojadwat@aclu.org
asegura@aclu.org                                             Max Renea Hicks
samdur@aclu.org                                              LAW OFFICE OF MAX RENEA HICKS
                                                                           P.O. Box 303187

1

Edgar Saldivar
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TEXAS
1500 McGowen Street, Suite 250
Houston, TX 77004
Phone: (713) 325-7011
esaldivar@aclutx.org

Cecillia D. Wang*
Cody H. Wofsy*
Stephen Kang*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
cwang@aclu.org
cwofsy@aclu.org
skang@aclu.org

Austin, TX 78703
Phone: (512) 480-8231
rhicks@renea-hicks.com

*Pro Hac Vice Forthcoming

*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I, Luis Vera, Jr., hereby certify that on June 28, 2017 copies of Defendants' Motion to Dismiss were electronically filed via the Court's CM/ECF system.

Dated: June 28, 2017  /s/ Luis Roberto Vera, Jr.
Luis Roberto Vera, Jr.
LULAC National General Counsel
SBN: 20546740
THE LAW OFFICE OF LUIS ROBERTO VERA, JR. & ASSOCIATES
1325 Riverview Towers
111 Soledad
San Antonio, TX 78205-2260
Phone: (210) 225-3300
Fax: (210) 225-2060
lrvlaw@sbcglobal.net