**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED

17 AUG -9 AM 11: 46

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    CLERK

**TEXAS and KEN PAXTON, in his**
**official capacity as Texas Attorney**
**General,**

              **Plaintiffs,**

-vs-

**TRAVIS COUNTY et al.,**
              **Defendants.**

**CAUSE NO.:**
**A-17-CA-00425-SS**

## O R D E R   O F   D I S M I S S A L

BE IT REMEMBERED on this day the Court entered its order granting Defendants' motions to dismiss, and now enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that the above-styled cause is DISMISSED WITHOUT PREJUDICE. All costs are taxed against the plaintiffs, for which let execution issue.

SIGNED this the ____8ᵗʰ____ day of August 2017.

_Sam Sparks_

SAM SPARKS
UNITED STATES DISTRICT JUDGE

